**Dismissed and Opinion Filed October 12, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00802-CV**

**CORIAUN CARTER, Appellant**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-04337**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Smith

On September 6, 2023, we sent a letter to the appellant questioning our jurisdiction and requested a jurisdictional briefing by September 18, 2023. In our letter, we cautioned appellant that the appeal was subject to dismissal without further notice should appellant fail to file the requested jurisdictional brief. To date, appellant has not filed the requested brief. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3.


/Craig Smith/
CRAIG SMITH
230802F.P05                                            JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

CORIAUN CARTER, Appellant

No. 05-23-00802-CV

On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-04337. Opinion delivered by Justice Smith. Justices Carlyle and Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 12th day of October, 2023.